Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 3:23-cv-411 |
| v. | ) |
| | ) Judge James R. Knepp II |
| **HIGHLAND VENTURES REAL ESTATE, LLC,** et al. | ) |
| Defendants. | ) |

# STIPULATION OF DISMISSAL

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Date: July 25, 2023

| Law Offices of Owen Dunn, Jr. | MCGUIRE WOODS LLP |
|---|---|
| /s/ Owen B, Dunn, Jr. | /s/ Branden P. Moore |
| Owen B. Dunn Jr. (0074743) | Branden P. Moore (0092716) |
| The Offices of Unit C | MCGUIRE WOODS LLP |
| 6800 W. Central Avenue, Suite C-1 | 260 Forbes Ave, Suite 1800 |
| Toledo, OH 43617 | Pittsburgh, Pennsylvania 15222 |
| Phone: (419) 241-9661 | (412) 667-6000 |
| Fax: (419) 241-9737 | (412) 667-6050 (Fax) |
| Email: dunnlawoffice@sbcglobal.net | bmoore@mcguirewoods.com |
| *Attorney for Plaintiff, Leland Foster* | COUNSEL FOR ALL DEFENDANTS |